JOHN C. MANDANICI *v.* ZONING BOARD OF
APPEALS OF THE CITY OF SHELTON

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 308 (AC 17469/17475), is denied.

*Joseph R. Mirrione,* in support of the petition.

*Ian A. Cole* and *Thomas J. Welch,* in opposition.

Decided October 27, 1998

PAWLING SAVINGS BANK *v.* PATRICK J.
BERKERY ET AL.

The defendant's petition for certification for appeal from the Appellate Court (AC 18292) is denied.

*Kenneth R. Davis,* in support of the petition.

*Gerald Hecht,* in opposition.

Decided October 27, 1998

STATE OF CONNECTICUT *v.* BARRY THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 369 (AC 15740), is granted, limited to the following issue: